```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

BYRON SHANNON,                    )
                                 )
          Plaintiff              )
                                 )
v.                               )          No. 3:13-1205
                                 )          Judge Trauger/Brown
LT. DON McLEOD, et al.,          )
                                 )
          Defendants             )
```

## O R D E R

The court has received some 27 pages of documents listed as Exhibit 1 through 7. There is no case number listed with these documents and there is no motion or other request for the court to do anything.

The **Clerk** is directed to return this material to Mr. Shannon. If he wishes the court to do something he needs to file a motion and use a caption similar to that used in this order, if these documents are to be filed in this case.

It is so **ORDERED**.

/s/    Joe B. Brown
JOE B. BROWN
United States Magistrate Judge