IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRYON SHANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-1205 |
| ) | Judge Trauger |
| DON MCLEOD, *et al.*, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

## O R D E R

On January 29, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 43), to which no timely objections have been filed. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion to Dismiss Without Prejudice (Docket No. 23) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**. The plaintiff is **FOREWARNED** that, because he has "three strikes," he may not file additional cases *in forma pauperis*, absent a proper allegation that he is in immediate danger of physical harm.

The Clerk shall **TERMINATE** the Motion to Dismiss filed by the defendants (Docket No. 19) as moot.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 14th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge